UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
KENTUAN ROUSE,                                                            Case 1:24-cv-08123-NG-JAM

                Plaintiffs,                                **ATTORNEY DECLARATION**

  -against-

TRANSWORLD SYSTEMS, INC.,

                Defendant.
-----------------------------------------------------------X

       Joshua Gittleman, an attorney at law, duly admitted to practice before the Courts of the State of New York, affirms, under the penalties of perjury, the following:

1.     That I am a Member of DeTOFFOL & GITTLEMAN, Attorneys at Law, the attorneys for the plaintiff herein, and admitted to this Court.

2.     I respectfully move, pursuant to Local Civil Rule 1.4, for an order permitting the withdrawal of DeToffol & Gittleman, Attorneys at Law—together with individual attorneys Joshua Gittleman and David DeToffol—as counsel of record for Plaintiff Kentuan Rouse, who has formally discharged DeTOFFOL & GITTLEMAN, Attorneys at Law.

3.     Plaintiff's Memorandum of Law and the Stipulation of Discharge (Exhibit 1) is submitted herewith.

                                                                     */s/ Joshua Gittleman*
                                                                 Joshua Gittleman, Esq.
                                                                 DeTOFFOL & GITTLEMAN, Attorneys At Law
                                                                 125 Maiden Lane, Suite 5C
                                                                 New York, New York 10038
                                                                 Attorneys for the Plaintiff
                                                                 Tel. (212) 962-2220