UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
KENTUAN ROUSE,

                Plaintiff,

    -against-                                          **ORDER**

TRANSWORLD SYSTEMS, INC.,                         24-CV-8123 (NG)

                Defendant.
------------------------------------------------------------x
**GERSHON, United States District Judge:**

      On December 7, 2025, Magistrate Judge Joseph A. Marutollo issued a report and recommendation (the "R&R") recommending that defendant's motion to dismiss this action for failure to prosecute be granted. The R&R advised plaintiff that under 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b)(2) any objections had to be filed within 14 days of service. Defendant served the R&R on plaintiff via email and overnight mail on November 10, 2025. The court has yet to receive any objections from plaintiff.

      The deadline for filing objections to the R&R having passed, and no objections having been filed, I have reviewed the R&R for clear error. Finding no clear error, I adopt the R&R in full. The Clerk of Court is respectfully directed to enter judgment dismissing this case without prejudice, and defendant is respectfully directed to serve copies of that judgment and this order on plaintiff via email and overnight mail and to file proof of service on ECF.

                                                      **SO ORDERED.**

                                                      /s/
                                          **NINA GERSHON**
                                          **United States District Judge**

December 10, 2025
Brooklyn, New York